**Waunetta M. REMINGTON, Executrix of the Estate of Dorus L. Remington, Deceased, Plaintiff and Appellant,**

v.

**GENERAL MOTORS CORPORATION, Defendant and Appellee.**

**No. 12794.**

United States Court of Appeals
Sixth Circuit.

Oct. 25, 1956.

F. Norman Higgs, Bay City, Mich., Karr & Wumkes, Flint, Mich., for appellant.

Devine & McAra, Flint, Mich., for appellees.

Before ALLEN, McALLISTER, and STEWART, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed for the reasons set forth in the opinion of the district court granting appellee's motion to dismiss the cause, 127 F.Supp. 672.

**UNITED STATES of America, Appellant,**

v.

**LINCOLN DINNER CLUB.**

**No. 15658.**

United States Court of Appeals
Eighth Circuit.

Oct. 5, 1956.

William C. Spire, U. S. Atty., Omaha, Neb., and Richard C. Peck, Asst. U. S. Atty., Plattsmouth, Neb., for appellant.

Allen W. Field and Lewis R. Ricketts, Lincoln, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal filed by appellant. 143 F.Supp. 398.

**Della B. CURRIE, Appellant,**

v.

**Edwin VOGLER, Sr., et al.**

**No. 15511.**

United States Court of Appeals
Eighth Circuit.

Oct. 16, 1956.

Wilbur C. Schwartz, St. Louis, Mo., for appellant.

George E. Lee, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice and at appellant's costs, on stipulation of parties.